# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPIN-IONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 4,935.—STATE EX REL. F. B. POLLEY, RESPONDENT, v. SCHOOL DISTRICT No. 12, BLAINE COUNTY ET AL., APPELLANTS.

*Appeal from District Court of Blaine County.*

Decided October 24, 1921.

PER CURIAM.—The application of respondent for dismissal of the appeal herein, on the ground that the transcript was not filed within the time prescribed by the rules of this court, is granted and the appeal is accordingly dismissed.

*Messrs. Norris & Hurd,* for Respondent.